IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LILIYA TURUBCHUK, individually and as personal representative of the Estate of ALEKSEY TURUBCHUK, Deceased, and VLADIMIR NEMTSOV, as parent and guardian of ELINA NEMTSOVA (a minor) and VLADISLAV NEMTSOV (a minor), and LUDMILA NEMTSOVA, and IRINA TURUBCHUK, | CASE NO. 07-216-WDS |
| **Plaintiffs,** | |
| vs. | |
| E.T. SIMONDS CONSTRUCTION COMPANY, and SOUTHERN ILLINOIS ASPHALT COMPANY, Inc., | |
| **Defendants,** | |
| E.T. SIMONDS CONSTRUCTION COMPANY, and SOUTHERN ILLINOIS ASPHALT COMPANY, Inc., | |
| **Counterclaimants,** | |
| vs. | |
| LUDMILA NEMTSOVA, | |
| **Counterdefendant.** | |

# ORDER APPROVING MINOR SETTLEMENT

1

The Court, having considered the Motion for Approval of Minor Settlement, as well as any opposition thereto, and finding good cause therefore,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**:

1. The proposed settlement as set forth in the Motion for Approval of Minor Settlement is approved.

2. Vladimir Nemtsov, as parent and guardian of the minor children, is hereby authorized and directed to execute an appropriate Release and Settlement of all Claims.

3. The funds to be distributed after payment of attorney's fees totaling $33,333.33 for each child shall be deposited in blocked accounts which can only be accessed by further order of a court of competent jurisdiction.

4. The attorney's fees as set forth in the Motion for Approval of Minor Settlement are found to be reasonable and are approved.

Dated : February 20, 2008

            s/*WILLIAM D. STIEHL*
            UNITED STATES DISTRICT JUDGE