IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LILIYA TURUBCHUK, individually and as personal representative of the Estate of ALEKSEY TURUBCHUK, Deceased, and VLADIMIR NEMTSOVA, as parent and guardian of ELINA NEMTSOVA (a minor) and VLADISLAV NEMTSOVA (a minor), and LUDMILA NEMTSOVA, and IRINA TURUBCHUK, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | CASE NO. 07-216-WDS |
| E.T. SIMONDS CONSTRUCTION COMPANY, and SOUTHERN ILLINOIS ASPHALT COMPANY, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| E.T. SIMONDS CONSTRUCTION COMPANY, and SOUTHERN ILLINOIS ASPHALT COMPANY, INC., | ) ) ) ) | |
| Counterclaimants, | ) ) | |
| vs. | ) ) | |
| LUDMILA NEMTSOVA, | ) ) | |
| Counterdefendant. | ) | |

**STIPULATION FOR DISMISSAL**

NOW COME the parties to the above-entitled action, by their respective counsel of record, and stipulate that the above-entitled cause has been settled, compromised, and released and may be dismissed with prejudice to the Plaintiffs.

WASHINGTON LAW GROUP


By  s/Thomas L. Hause (with consent)
    Thomas L. Hause
Attorneys for Plaintiffs

FEIRICH/MAGER/GREEN/RYAN


By  s/Richard A. Green
    Richard A. Green
Attorneys for Defendants

*FEIRICH/MAGER/GREEN/RYAN*
*2001 West Main Street*
*Post Office Box 1570*
*Carbondale, IL 62903-1570*
*618-529-3000*
*618-529-3008  FAX*
RAG/dsbG:\TURUBCHUK vs. E.T. SIMONDS  19907\STIPULATION OF DISMISSAL.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LILIYA TURUBCHUK, individually and as personal representative of the Estate of ALEKSEY TURUBCHUK, Deceased, and VLADIMIR NEMTSOVA, as parent and guardian of ELINA NEMTSOVA (a minor) and VLADISLAV NEMTSOVA (a minor), and LUDMILA NEMTSOVA, and IRINA TURUBCHUK,<br><br>          Plaintiffs,<br><br>vs.<br><br>E.T. SIMONDS CONSTRUCTION COMPANY, and SOUTHERN ILLINOIS ASPHALT COMPANY, INC.,<br><br>          Defendants.<br><br>E.T. SIMONDS CONSTRUCTION COMPANY, and SOUTHERN ILLINOIS ASPHALT COMPANY, INC.,<br><br>          Counterclaimants,<br><br>vs.<br><br>LUDMILA NEMTSOVA,<br><br>          Counterdefendant. | CASE NO. 07-216-WDS |

## ORDER OF DISMISSAL

THIS CAUSE COMING before the court upon the parties' Stipulation For Dismissal, and it appearing that the above-entitled cause has been settled, compromised and released;

IT IS, THEREFORE, ORDERED that the above-referenced matter and any counterclaims are dismissed with prejudice to the Plaintiffs and Counterclaimants, each party bearing its own costs.

Dated this ___ day of _____, 2008.

ENTER: _____
CIRCUIT JUDGE

RAG/dsbG:\TURUBCHUK vs. E.T. SIMONDS  19907\ORDER OF DISMISSAL.wpd