## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LILIYA TURUBCHUK, individually and as personal representative of the Estate of ALEKSEY TURUBCHUK, Deceased, and VLADIMIR NEMTSOVA, as parent and guardian of ELINA NEMTSOVA (a minor) and VLADISLAV NEMTSOVA (a minor), and LUDMILA NEMTSOVA, and IRINA TURUBCHUK, <br><br>　　　　　　　Plaintiffs, <br><br>vs. <br><br>E.T. SIMONDS CONSTRUCTION COMPANY, and SOUTHERN ILLINOIS ASPHALT COMPANY, INC., <br><br>　　　　　　　Defendants. <br><br>E.T. SIMONDS CONSTRUCTION COMPANY, and SOUTHERN ILLINOIS ASPHALT COMPANY, INC., <br><br>　　　　　　　Counterclaimants, <br><br>vs. <br><br>LUDMILA NEMTSOVA, <br><br>　　　　　　　Counterdefendant. | CASE NO. 07-216-WDS |

### STIPULATION FOR DISMISSAL

NOW COME the parties to the above-entitled action, by their respective counsel of record, and stipulate that the above-entitled cause has been settled, compromised, and released and may be dismissed with prejudice to the Plaintiffs.

WASHINGTON LAW GROUP


By  s/Thomas L. Hause (with consent)
    Thomas L. Hause
Attorneys for Plaintiffs

FEIRICH/MAGER/GREEN/RYAN


By  s/Richard A. Green
    Richard A. Green
Attorneys for Defendants


*FEIRICH/MAGER/GREEN/RYAN*
*2001 West Main Street*
*Post Office Box 1570*
*Carbondale, IL 62903-1570*
*618-529-3000*
*618-529-3008  FAX*
RAG/dsbG:\TURUBCHUK vs. E.T. SIMONDS 19907\STIPULATION OF DISMISSAL.wpd