## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LILIYA TURUBCHUK, individually and as personal representative of the Estate of ALEKSEY TURUBCHUK, Deceased, and VLADIMIR NEMTSOVA, as parent and guardian of ELINA NEMTSOVA (a minor) and VLADISLAV NEMTSOVA (a minor), and LUDMILA NEMTSOVA, and IRINA TURUBCHUK,** ) ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| vs.  ) ) | **CASE NO. 07-216-WDS** |
| **E.T. SIMONDS CONSTRUCTION COMPANY, and SOUTHERN ILLINOIS ASPHALT COMPANY, INC.,** ) ) ) ) | |
| **Defendants.** ) ) | |
| **E.T. SIMONDS CONSTRUCTION COMPANY, and SOUTHERN ILLINOIS ASPHALT COMPANY, INC.,** ) ) ) ) | |
| **Counterclaimants,** ) ) | |
| vs. ) ) | |
| **LUDMILA NEMTSOVA,** ) ) | |
| **Counterdefendant.** ) | |

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court on the Stipulation to Dismiss filed February 27, 2008.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the above Stipulation,  this case is  **DISMISSED** with prejudice. Each party shall bear its own fees and costs.

    **DATED** this 28th day of February, 2008.

                                      **NORBERT G. JAWORSKI, CLERK**

                                      **BY:**      *s/Sandy Pannier*
                                                            **Deputy Clerk**

**APPROVED:**

    **S/WILLIAM D. STIEHL**
        **U. S. District Judge**